# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC, )<br>)<br>Plaintiff, )<br>) C.A. No. _____<br>v. )<br>) **JURY TRIAL DEMANDED**<br>HYPHAMETRICS, INC., )<br>)<br>Defendant. ) | |

## THE NIELSEN COMPANY (US), LLC'S
## 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the parent entities of The Nielsen Company (US), LLC ("Nielsen") are as follows: ACNielsen Corporation, ACN Holdings Inc., VNU Marketing Information, Inc., TNC (US) Holdings, Inc., VNU International B.V., Nielsen Holdings Luxembourg S.a.r.l., Nielsen Luxembourg S.a.r.l., Nielsen Holding and Finance B.V., The Nielsen Company B.V., Valcon Acquisition B.V., Nielsen Holdings Limited, Neptune BidCo US Inc., Neptune Intermediate LLC, Neptune Intermediate Holdco LLC and Neptune Parent Topco LLC. Brookfield Corporation (NYSE: BN; TSX: BN.TO), through its subsidiaries and investment funds and vehicles, indirectly owns 10% or more of Nielsen.

|  |  |
|---|---|
| | Respectfully submitted, |
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Paul H. Berghoff<br>James L. Lovsin<br>Mateusz J. Kulesza<br>Alexandra E. MacKenzie<br>Daniel Gonzalez, Jr.<br>Carlton J. Hemphill<br>MCDONNELL BOEHNEN HULBERT &<br>BERGHOFF LLP<br>300 South Wacker Drive<br>Chicago, IL 60606<br>Tel: (312) 913-0001 | By: */s/ David E. Moore*<br>    David E. Moore (#3983)<br>    Bindu A. Palapura (#5370)<br>    Andrew L. Brown (#6766)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE  19801<br>    Tel:  (302) 984-6000<br>    dmoore@potteranderson.com<br>    bpalapura@potteranderson.com<br>    abrown@potteranderson.com |
| Steven Yovits<br>Constantine Koutsoubas<br>Melvin W. Gaddy<br>KELLEY DRYE & WARREN LLP<br>333 West Wacker Drive<br>Chicago, IL 60606<br>Tel: (312) 857-7070 | *Attorneys for Plaintiff The Nielsen Company (US), LLC* |
| Clifford Katz<br>Jolie Brett Schenerman<br>KELLEY DRYE & WARREN LLP<br>3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007<br>Tel: (212) 808-7800 | |

Dated: February 3, 2023
10573568 / 14944-00006