Exhibit 2

U.S. Patent No. 6,978,301 V. Rockwell Automation

# 1. Claim Chart

| Claim | Analysis |
|---|---|
| [1.P] A method for communicating with a network device, the method comprising the steps of: | Rockwell Automation ("Defendant") performs and/or induces others to perform a method for communicating with a network device.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Defendant provides FactoryTalk Network Manager which monitors, configures, and troubleshoots the devices such as switches ("network device") connected in a network. FactoryTalk Network Manager provides a user interface for an admin to implement device configurations for the devices connected to the network.<br><br>## Get a Better View of What is Happening in Your Facility<br><br>FactoryTalk Network Manager software helps to achieve increased network visibility, easier troubleshooting, and simplified configuration and maintenance. Get insight into your network operations by getting a closer look at your devices connected in your manufacturing environment.<br><br>Source: https://www.rockwellautomation.com/en-us/products/software/factorytalk/maintenancesuite/network-manager.html |



Source: https://www.youtube.com/watch?v=QeFxDecn8ZM&list=PL3K_BigUXJ1Mf-1cAfwwMsHnrEwJGmFGZ&index=2 (annotated)

# Easier Troubleshooting

Having the right tools that can collect diagnostic data from devices and generate reports that can be easily understood and analyzed is becoming more critical in automation networks. FactoryTalk Network Manager consolidates network status in a single place, increasing insight and greatly simplifying troubleshooting in fault conditions.

Source: https://www.rockwellautomation.com/en-us/products/software/factorytalk/maintenancesuite/network-manager.html

<table>
<tr>
<td></td>
<td>

## Simple Configuration and Maintenance

FactoryTalk Network Manager can help you simplify network maintenance and support, increasing productivity and reducing downtime. This software provides easy to use tools to archive, compare and restore switch configurations and performs firmware upgrades from a centralized location allowing for efficient management of network devices.

Source: https://www.rockwellautomation.com/en-us/products/software/factorytalk/ maintenancesuite/network-manager.html

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

</td>
</tr>
<tr>
<td>

[1.1] receiving a network device identifier, the network device identifier corresponding to the network device;

</td>
<td>

Defendant performs and/or induces others to perform the step of receiving a network device identifier, the network device identifier corresponding to the network device.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, FactoryTalk Network Manager receives the device information such as name and Product ID ("network device identifier") corresponding to a network device (such as a switch).

</td>
</tr>
</table>

4



Source: https://www.youtube.com/watch?v=9wzmRvc0OWk&list=PL3K_BigUXJ1Mf-1cAfwwMsHnrEwJGmFGZ&index=7; at 0:37 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [1.2] retrieving a command-format | Defendant performs and/or induces others to perform the step of retrieving a command-format template from a repository containing a plurality of command-format |
| --- | --- |

| | |
|---|---|
| template from a repository containing a plurality of command-format templates, wherein the command-format template indicates how to construct a device-specific command for the network device and includes an attribute field; | templates, wherein the command-format template indicates how to construct a device-specific command for the network device and includes an attribute field.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, FactoryTalk Network Manager comprises a 'Plug and Play' feature which is used to provision and configure multiple network devices such as switches. The 'Plug and Play' feature uses configuration templates ("command format template") stored in FactoryTalk Network Manager servers ("repository") to create specific configurations for the particular network devices.<br><br>Further, the configuration templates comprise variables ("attribute fields") such as SUBNET_MASK, GATEWAY, and NATIVE_VCLAN_ID which are updated according to the network device that is to be provisioned. Upon information and belief, the templates indicate how to construct device-specific commands based on the defined variables. |

6



Source: https://www.youtube.com/watch?v=54-VofXa5hg, at 01:09



Source: https://www.youtube.com/watch?v=9wzmRvc0OWk&t=188s, at 03:00



Source: https://www.youtube.com/watch?v=9wzmRvc0OWk&t=188s, at 03:05



Source: https://www.youtube.com/watch?v=9wzmRvc0OWk&t=188s, at 03:19



Source: https://www.youtube.com/watch?v=9wzmRvc0OWk&t=188s, at 03:41



Source: https://www.youtube.com/watch?v=9wzmRvc0OWk&t=188s, at 03:51

Source: https://www.youtube.com/watch?v=9wzmRvc0OWk&t=188s, at 03:51

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| | |
|---|---|
| [1.3] identifying attribute data corresponding to the attribute field; | Defendant performs and/or induces others to perform the step of identifying attribute data corresponding to the attribute field.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, FactoryTalk Network Manager determines the values ("attribute data") defined for the particular variable fields in the configuration template. |

13



Source: https://www.youtube.com/watch?v=9wzmRvc0OWk&t=188s, at 03:51



Source: https://www.youtube.com/watch?v=9wzmRvc0OWk&t=188s, at 03:51

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [1.4] generating the device-specific command for the network device using the retrieved command-format template and the identified attribute | Defendant performs and induces others to perform the step of generating the device-specific command for the network device using the retrieved command-format template and the identified attribute data.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, upon information and belief, FactoryTalk Network Manager generates |

| data; and | device-specific commands that are based on the variables in the configuration template such that the specific configuration is provisioned to the network device.  Source: https://www.youtube.com/watch?v=54-VofXa5hg, at 01:09 |
|---|---|



Source: https://www.youtube.com/watch?v=9wzmRvc0OWk&t=188s, at 03:51



Source: https://www.youtube.com/watch?v=9wzmRvc0OWk&t=188s, at 03:51

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [1.5] providing the generated device-specific command to the network device. | Defendant performs and induces others to perform the step of providing the generated device-specific command to the network device.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, FactoryTalk Manager sends the generated device-specific commands in the specific configurations to the particular network device. |



Source: https://www.youtube.com/watch?v=54-VofXa5hg, at 01:09

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

## 2. List of References

1. https://www.rockwellautomation.com/en-us/products/software/factorytalk/maintenancesuite/network-manager.html, last accessed on June 14, 2023.
2. https://www.youtube.com/watch?v=QeFxDecn8ZM&list=PL3K_BigUXJ1Mf-1cAfwwMsHnrEwJGmFGZ&index=2, last accessed on June 14, 2023.
3. https://literature.rockwellautomation.com/idc/groups/literature/documents/pp/ftalk-pp024_-en-p.pdf, last accessed on June 14, 2023.
4. https://www.youtube.com/watch?v=9wzmRvc0OWk&list=PL3K_BigUXJ1Mf-1cAfwwMsHnrEwJGmFGZ&index=8, last accessed on June 14, 2023.